

Jonathan N. Frodella, Esq., Of Counsel
jfrodella@prbattorneys.com
Direct: 973.903.3147

June 13, 2025

**Via ECF and Electronic Mail**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

RE:   Patagonia, Inc. v. Quarter Industries, Ltd. et al
       Case No. 1:25-cv-02929-JPC

Dear Judge Cronan,

This firm is local counsel to Defendant Riverbend Warehouse LLC ("Riverbend").

Riverbend's answer to Plaintiff's complaint is due on June 17, 2025 pursuant to the executed waiver of service (D.I. 16). With the consent of Plaintiff, Riverbend is requesting a two-week extension, to July 1, 2025, to respond to the complaint as the parties are engaging in settlement discussions. There have been no prior extensions of time and this extension will not affect any other scheduled dates or deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

PRB Attorneys at Law, LLC


By:   *s/ Jonathan N. Frodella*
       Jonathan N. Frodella

JNF/sc
cc: All counsel of record (via ECF)

The instant request is granted.  Defendant Riverbend Warehouse LLC shall respond to the First Amended Complaint on or before July 1, 2025.  The Clerk of Court is respectfully directed to close Docket Number 46.

SO ORDERED.
Date: June 16, 2025
New York, New York

JOHN P. CRONAN
United States District Judge