kourtney.speer@versolaw.com
(510) 200-8492

July 1, 2025

**By ECF**

The Honorable John P. Cronan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007

> Re: *Patagonia, Inc. v. Quarter Industries, Ltd. et al*, No. 1:25-cv-02929-JPC
> Plaintiff Patagonia, Inc.'s Notice of Pending Settlement and Request to Suspend Motion to Amend Briefing Schedule

Dear Judge Cronan:

We represent Plaintiff Patagonia, Inc. ("Patagonia") in the above-referenced matter. Pursuant to the Court's rules, we write to update the Court on settlement discussions and to respectfully request that the current briefing schedule on Patagonia's Motion to Amend the Complaint (Dkt. 53) be suspended.

Patagonia has reached a settlement agreement in principle with Defendants Riverbend Warehouse LLC, Quarter Industries Ltd., Rob Katz, and Ezily Done LLC (collectively, the "Settling Defendants"). The parties are working to finalize the written settlement agreement.

Once the agreement is executed, Patagonia will (1) file stipulations of dismissal as to the Settling Defendants pursuant to FRCP 41, and (2) renew its request to seek leave to file a Second Amended Complaint naming newly identified defendants Xtra Source, Inc. d/b/a Source Pro; S E J Group, Inc.; Sam Hamaway; and Sarowar Hossaine. The settlement and dismissal of the Settling Defendants, including Ezily Done and its principals, will moot Ezily Done's objections to Patagonia's current request to amend the complaint. The remaining defendant, NYC Idol, has defaulted and has raised no objections to the proposed amendment that will include additional defendants identified during Patagonia's investigations who are involved in the alleged counterfeiting ring.

Accordingly, Patagonia respectfully requests that the Court suspend the existing briefing deadlines on its Motion to Amend until the settlement is finalized (anticipated within no more than ten court days), or for such period as the Court deems appropriate. This brief pause will avoid unnecessary motion practice and permit the parties time to execute the agreement.

We appreciate the Court's consideration and are available at the Court's convenience should any questions arise.

/ / /

/ / /

/ / /

Hon. John P. Cronan
July 1, 2025
Page 2

Very truly yours,

VERSO LAW GROUP LLP


By: /s/ Kourtney Speer
KOURTNEY SPEER (*pro hac vice*)
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
(415) 534-0495
kourtney.speer@versolaw.com

*Attorneys for Plaintiff Patagonia, Inc.*

The instant request is granted. The Court's June 18, 2025 Order setting a briefing schedule concerning Plaintiff's request to file a second amended complaint, Dkt. 53, is vacated. On or before July 18, 2025, Plaintiff shall file stipulations of dismissal as to the Settling Defendants and reraise its request for leave to file a second amended complaint. The Clerk of Court is respectfully directed to close Docket Number 58.

SO ORDERED.
Date: July 2, 2025
New York, New York

JOHN P. CRONAN
United States District Judge