

Jonathan N. Frodella, Esq., Of Counsel
jfrodella@prbattorneys.com
Direct: 973.903.3147

July 8, 2025

**Via ECF and Electronic Mail**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

      RE:    Patagonia, Inc. v. Quarter Industries, Ltd. et al
             Case No. 1:25-cv-02929-JPC

Dear Judge Cronan,

      This firm is local counsel to Defendant Riverbend Warehouse LLC ("Riverbend"). Riverbend's answer to Plaintiff's complaint is due on July 10, 2025. Riverbend has requested extensions twice prior to this request. A two-week extension from June 17, 2025 to July 1, 2025 which Your Honor granted (D.I. 48) and a further extension to July 10, 2025 which Your Honor granted (D.I. 56).

      As stated in Plaintiff's July 1, 2025 letter (D.I. 58) the parties (Defendants Riverbend Warehouse LLC, Quarter Industries Ltd., Rob Katz, and Ezily Done LLC) have reached a settlement agreement in principle and are working to finalize the written settlement agreement. Insomuch as Your Honor's order granting plaintiff's relief requested in its July 1, 2025 letter (D.I. 59) did not expressly address or stay the deadline for Riverbend's answer, which we admit is most likely moot, we are now out of an abundance of caution requesting an additional extension to July 24, 2025. This request is made with the consent of Plaintiff, as the parties are continuing to work to finalize the written settlement agreement. This extension will not affect any other scheduled dates or deadlines. We thank the Court for its consideration of this request.

      Respectfully submitted,

      PRB Attorneys at Law, LLC

      By:    *s/ Jonathan N. Frodella*
                Jonathan N. Frodella

JNF/sc
cc: All counsel of record (via ECF)

The instant request is granted. Riverbend's deadline to respond to the First Amended Complaint is extended to July 24, 2025. The Clerk of Court is respectfully directed to close Docket Number 60.

SO ORDERED.
Date: July 9, 2025
New York, New York

JOHN P. CRONAN
United States District Judge