```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PATAGONIA, INC.,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :         25 Civ. 2929 (JPC)
            -v-                                                        :
                                                                       :         ORDER OF DISMISSAL
QUARTER INDUSTRIES, LTD., et al.,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff and Defendants Quarter Industries, Ltd., Rob Katz, Riverbend Warehouse, LLC and Ezily Done, LLC (the "Settling Defendants") have reached a settlement in principle in this case. Accordingly, it is ordered that Plaintiff's claims against those Defendants are dismissed without costs and without prejudice to renewing the claims, provided the application is made within ninety days of this Order in the event the settlement agreement is not completed, executed, and performed. Any such application filed after ninety days from the date of this Order may be denied solely on that basis. If Plaintiff and the Settling Defendants wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Defendants Quarter Industries, Ltd., Rob Katz, Riverbend Warehouse, LLC, and Ezily Done, LLC.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge