**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>NYC IDOL APPAREL INTL. INC.; XTRA SOURCE INC. DBA SOURCE PRO; S E J GROUP CO. INC.; SAM HAMWAY; SAROWAR HOSSAINE; REVERE TEXTILE COMPANY, INC. DBA CACTUS TRADING; RICHARD DAYR; APEX APPAREL ASSOCIATES, INC. AND DOES 1-10.,<br><br>       Defendants. | Case No. 25-cv-02929-JPC<br><br>**ORDER**<br><br>Jury Trial Demanded |

AND Now, this __7__ day of __January__, 2026, based upon the parties' STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41, it is hereby ORDERED, ADJUDGED and DECREED that Defendants Revere Textile Company, Inc. dba Cactus Trading and Richard Dayr (aka Richard Dayan) are hereby DISMISSED from this action, without prejudice.

It is **SO ORDERED**.

Dated: January 7, 2026

_____
Hon. John P. Cronan
United States District Judge

- 1 -