

kourtney.speer@versolaw.com
(510) 200-8492

February 23, 2026

***Via ECF***

The Honorable John P. Cronan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007

 Re: ***Patagonia, Inc. v. NYC Idol, et al***, No. 1:25-cv-02929-JPC
 **Letter Motion to Amend Complaint**

Dear Judge Cronan:

 Patagonia, NYC Idol, Xtra Source, SEJ Company, Apex Apparel, Sam Hamway and Sarowar Hossaine (the "Parties") submit this joint letter pursuant to this Court's order at Dkt. 132. On February 12, 2026, Plaintiff, Patagonia Inc. ("Patagonia") requested permission to file its Third Amended Complaint. On February 13, 2026, the Court granted Patagonia's request and issued an order directing the parties to notify the Court if they anticipate altering the case schedule set at Dkt. 125.

 The Parties met and conferred by email. NYC Idol and the Source Pro Defendants (Xtra Source, SEJ, Apex, Hamway and Hossaine) do not request any modification to the case schedule. Patagonia also does not believe the case schedule needs to be modified except for the deadline to serve initial document requests which was originally set for February 1, 2026. Patagonia requests that its deadline to serve initial document requests on the new defendants be reset for two weeks after each party is served.

 Patagonia is in the process of serving the new defendants and anticipates effecting service within the next two weeks.

 We thank the Court for its time and consideration.

VERSO LAW GROUP LLP

The instant request is granted.  The deadline to serve initial document requests on the new defendants shall be two weeks after each party is served.  The Clerk of Court is respectfully directed to close Docket Number 142.

By: */s/ Kourtney Speer*
KOURTNEY SPEER (*pro hac vice*)
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
(415) 534-0495
kourtney.speer@versolaw.com

SO ORDERED.
Date: February 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

*Attorneys for Plaintiff Patagonia, Inc.*