**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>NYC IDOL APPAREL INTL. INC.; XTRA SOURCE INC. DBA SOURCE PRO; S E J GROUP CO. INC.; SAM HAMWAY; SAROWAR HOSSAINE; APEX APPAREL ASSOCIATES, INC.; FREDDY MANN; ZET STORAGE & WAREHOUSING LLC DBA ZET SALVAGE APPAREL; BROOKLYN SWEAT TEES ACTIVEWEAR NJ LLC DBA BROOKLYN ACTIVEWEAR; HARVEY SINGER; AND DOES 1-10.,<br><br>                    Defendants. | Case No. 25-cv-02929-JPC<br><br>**ORDER OF DISMISSAL OF DEFENDANTS FREDDY MANN, ZET STORAGE & WAREHOUSING LLC DBA ZET SALVAGE APPAREL, AND BROOKLYN SWEAT TEES ACTIVEWEAR NJ LLC DBA BROOKLYN ACTIVEWEAR**<br><br>Jury Trial Demanded |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Court conditionally dismisses Plaintiff, Patagonia, Inc.'s claims in their entirety against Defendants Freddy Mann, ZET Storage & Warehousing LLC dba ZET Salvage Apparel, and Brooklyn Sweat Tees Activewear NJ LLC dba Brooklyn Activewear ("Dismissed Defendants"). Unless Patagonia or one of the Dismissed Defendants notifies the Court by July 1, 2026, that the matter, as to the Dismissed Defendants, should be reinstated to the Court's calendar, for which purpose the Court reserves jurisdiction, the dismissal shall be unconditional and with prejudice.

Dated: April 24, 2026

Hon. John P. Cronan
United States District Judge

For the avoidance of doubt, the Court clarifies that this conditional dismissal is for some, but not all, Defendants, so the Clerk's Office should not close this case.