UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                          :

PATAGONIA, INC.,                          :

                Plaintiff,          :

          -v-                    :              25 Civ. 2929 (JPC)

                          :

NYC IDOL APPAREL INTL. INC, *et al.*,    :               ORDER

             Defendants.      :

                          :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

On June 2, 2026, the Court received a proposed final judgment and permanent injunction consented to by Plaintiff and five of the six remaining Defendants (together, the "Settling Parties"): Xtra Source Inc. *d/b/a* Source Pro, SEJ Group Co. Inc., Sam Hamway, Sarowar Hossaine, and Apex Apparel Associates, Inc.  Dkt. 152 ("Proposed Order").  The Proposed Order does not, however, include Defendant NYC Idol Apparel Intl. Inc ("NYC Idol").  By June 10, 2026, the Settling Parties shall file a letter explaining why this Court may adopt the proposed factual findings and conclusions of law absent an evidentiary record and whether, if at all, those factual findings and legal conclusions affect the rights of NYC Idol.  NYC Idol shall respond, if necessary, by June 17, 2026.

      SO ORDERED.

Dated: June 3, 2026
      New York, New York                                _____
                                          JOHN P. CRONAN
                                    United States District Judge