**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATAGONIA, INC., | Case No. 25-cv-02929-JPC |
| Plaintiff, | **ORDER** |
| v. | Jury Trial Demanded |
| NYC IDOL APPAREL INTL. INC.; XTRA SOURCE INC. DBA SOURCE PRO; S E J GROUP CO. INC.; SAM HAMWAY; SAROWAR HOSSAINE; REVERE TEXTILE COMPANY, INC. DBA CACTUS TRADING; RICHARD DAYR; APEX APPAREL ASSOCIATES, INC. AND DOES 1-10., | |
| Defendants. | |

AND Now, this ___4___ day of ___June_____, 2026, based upon the parties'

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41, it is hereby ORDERED,

ADJUDGED and DECREED that Defendant NYC Idol Apparel Intl. Inc. is hereby DISMISSED

from this action, without prejudice.

It is **SO ORDERED**.

Dated: __June 4, 2026_____          _____

                                                                    Hon. John P. Cronan
                                                                    United States District Judge

The Clerk of Court is respectfully directed to terminate Defendant NYC Idol Apparel Intl. Inc. from the docket.

- 1 -