UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                         :
PATAGONIA, INC.,                                                         :
                                                                         :
                        Plaintiff,                                       :
                                                                         :
            -v-                                                          :            25 Civ. 2929 (JPC)
                                                                         :
NYC IDOL APPAREL INTL. INC, *et al.*,                                    :            ORDER
                                                                         :
                        Defendants.                                      :
                                                                         :
------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On June 2, 2026, the Court received a proposed final judgment and permanent injunction consented to by Plaintiff and five of the six remaining Defendants (together, the "Settling Parties"): Xtra Source Inc. *d/b/a* Source Pro, SEJ Group Co. Inc., Sam Hamway, Sarowar Hossaine, and Apex Apparel Associates, Inc.  Dkt. 152 ("Proposed Order").  The Proposed Order did not, however, include Defendant NYC Idol Apparel Intl. Inc ("NYC Idol").  So on June 3, 2026, the Court ordered the Settling Parties to file a letter explaining why this Court may adopt the proposed factual findings and conclusions of law absent an evidentiary record and whether, if at all, those factual findings and legal conclusions affect the rights of NYC Idol by June 10, 2026.  Dkt. 153.  Since that time, the Court dismissed NYC Idol from this action with all the parties' agreement, Dkts. 154, 156, but Plaintiff and the Settling Parties have still failed to file the "letter explaining why this Court may adopt the proposed factual findings and conclusions of law absent an evidentiary record."  Dkt. 153.  They shall do so by June 15, 2026.

        SO ORDERED.

Dated:  June 11, 2026
        New York, New York                          _____
                                                        JOHN P. CRONAN
                                                    United States District Judge